BEFORE THE FIRST DIVISION, JUNE 30, 1939

**No. 41769.**—Protest 972821–G of Fred Gretsch Manufacturing Co. (New York).

Opinion by SULLIVAN, J. It appeared that the so-called flutes or flageolets are the same as those the subject of *Gretsch* v. *United States* (T. D. 49314) where the

evidence disclosed that simple tunes could be played thereon. They were therefore held dutiable as musical instruments at 40 percent under paragraph 1541 as claimed.